CARRIE E. BUSHMAN, ESQ. (SBN. 186130)
JAMES E. MESNIER, ESQ. (SBN. 098200)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Respondent SARA LEE BAKER GROUP

DAVID A. ROSENFELD, ESQ. (SBN. 058163)
CAREN P. SPENCER, ESQ. (SBN. 233488)
WEINBERG, ROGER & ROSENFELD
180 GRAND AVENUE, SUITE 1400
OAKLAND, CA 94612-3752
TELEPHONE NO.: 510-839-6600
FACSIMILE NO.: 510-891-0400

Attorneys for Petitioner GENERAL TEAMSTERS LOCAL UNION NO. 439

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL TEAMSTERS LOCAL UNION NO. 439<br><br>Petitioner,<br><br>v.<br><br>SARA LEE BAKER GROUP<br><br>Respondent. | Case No. 2:05-CV-00467-FCD-JFM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD**<br><br>Date:     May 27, 2005<br>Time:    10:00 a.m.<br>Dept:     2<br>Judge:   Honorable Frank C. Damrell, Jr. |

THE UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the parties agree as follows:

1. Petitioner GENERAL TEAMSTERS LOCAL UNION NO. 439 agrees to allow that Respondent SARA LEE BAKERY GROUP has until the close of business on May 3, 2005 in filing its response to Petition to Confirm Arbitration Award.

2. Respondent SARA LEE BAKERY GROUP will respond to the Petition to Confirm

Arbitration Award on or before May 3, 2005.

    IT IS SO STIPULATED.

DATED: April 26, 2005          COOK BROWN, LLP


By: _____
    JAMES E. MESNIER
    Attorneys for Respondent SARA LEE
    BAKERY GROUP

DATED: _____, 2005         WEINBERG, ROGER & ROSENFELD


By: _____
    DAVID A. ROSENFELD
    CAREN P. SPENCER
    Attorneys for Petitioner GENERAL
    TEAMSTERS LOCAL UNION NO. 439

    IT IS SO ORDERED:

DATED: April 26, 2005         By: /s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
JUDGE OF THE U.S. DISTRICT COURT

**PROOF OF SERVICE**

I, Lisa Hakala, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cook Brown, LLP, 555 Capitol Mall, Suite 425, Sacramento, California 95814. On April 26, 2005, I served the within documents described as:

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD**

___ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

___ (BY U.S. MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

_X_ (BY OVERNIGHT MAIL) I caused such document(s) to be sent by overnight mail by using Overnight Express Mail (45044-000-380-V10) under that practice it would be deposited that same day in a Federal Express drop box for delivery the next business day.

___ (BY PERSONAL SERVICE) by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

___ (BY PERSONAL SERVICE) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

David A. Rosenfeld, esq. (SBN. 058163)
Caren P. Spencer, esq. (SBN. 233488)
Weinberg, Roger & Rosenfeld
180 Grand Avenue, Suite 1400
Oakland, CA 94612-3752
Telephone No.: 510-839-6600
Facsimile No.: 510-891-0400

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 26, 2005, at Sacramento, California.

_____
LISA HAKALA