CARRIE E. BUSHMAN, ESQ. (SBN. 186130)
JAMES E. MESNIER, ESQ. (SBN. 098200)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Respondent SARA LEE BAKER GROUP

DAVID A. ROSENFELD, ESQ. (SBN. 058163)
CAREN P. SPENCER, ESQ. (SBN. 233488)
WEINBERG, ROGER & ROSENFELD
180 GRAND AVENUE, SUITE 1400
OAKLAND, CA 94612-3752
TELEPHONE NO.: 510-839-6600
FACSIMILE NO.: 510-891-0400

Attorneys for Petitioner GENERAL TEAMSTERS LOCAL UNION NO. 439

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL TEAMSTERS LOCAL UNION NO. 439<br><br>Petitioner,<br><br>v.<br><br>SARA LEE BAKER GROUP<br><br>Respondent. | Case No. 2:05-CV-00467-FCD-JFM<br><br>**STIPULATION FOR REQUEST FOR CONTINUANCE OF HEARING ON PETITION TO CONFIRM ARBITRATION AWARD "AS MODIFIED"**<br><br>Date:   May 27, 2005<br>Time:   10:00 a.m.<br>Dept:   2<br>Judge:  Honorable Frank C. Damrell, Jr. |

THE UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the parties agree as follows:

1.   Petitioner GENERAL TEAMSTERS LOCAL UNION NO. 439 and Respondent SARA LEE BAKERY GROUP stipulate to a Continuance in the above-captioned case to reset the hearing on the Petition to Confirm Arbitration Award from May 27, 2005 to June 10, 2005 at 10:00 a.m.  The briefing of the motion shall comply with Local Rule 78-230 and the new hearing date.

1  IT IS SO STIPULATED.

2  DATED: April 26, 2005                           COOK BROWN, LLP

3

4                                                  By: _____/s/_____
                                                          JAMES E. MESNIER
5                                                         Attorneys for Respondent SARA LEE
                                                          BAKERY GROUP
6

7  DATED: April 26, 2005                           WEINBERG, ROGER & ROSENFELD

8

9                                                  By: _____/s/_____
                                                          DAVID A. ROSENFELD
10                                                        CAREN P. SPENCER
                                                          Attorneys for Petitioner GENERAL
11                                                        TEAMSTERS LOCAL UNION NO. 439

12

13  IT IS SO ORDERED:

14

15  DATED: April 29, 2005                          By: /s/ Frank C. Damrell Jr.                .
                                                   HONORABLE FRANK C. DAMRELL, JR.
16                                                 JUDGE OF THE U.S. DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION FOR CONTINUANCE OF CONTINUANCE OF HEARING

G:\DOCS\FCD\orders to be signed\teamsters saralee Continuance.doc   2

**PROOF OF SERVICE**

I, Lisa Hakala, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cook Brown, LLP, 555 Capitol Mall, Suite 425, Sacramento, California 95814. On April 26, 2005, I served the within documents described as:

**STIPULATION FOR REQUEST FOR CONTINUANCE OF HEARING ON PETITION TO CONFIRM ARBITRATION AWARD**

__X__ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

____ (BY U.S. MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

____ (BY OVERNIGHT MAIL) I caused such document(s) to be sent by overnight mail by using Overnight Express Mail (_____) under that practice it would be deposited that same day in a Federal Express drop box for delivery the next business day.

____ (BY PERSONAL SERVICE) by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

____ (BY PERSONAL SERVICE) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

David A. Rosenfeld, esq. (SBN. 058163)
Caren P. Spencer, esq. (SBN. 233488)
Weinberg, Roger & Rosenfeld
180 Grand Avenue, Suite 1400
Oakland, CA 94612-3752
Telephone No.: 510-839-6600
Facsimile No.: 510-891-0400

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 26, 2005, at Sacramento, California.

_____
LISA HAKALA